IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TAJAI T. ROMANO, | § | |
| | § | No. 442, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2302004679 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: January 5, 2026
Decided: January 27, 2026

On December 8, 2025, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the filing fee or a motion and affidavit to proceed *in forma pauperis*. Postal records show that the notice to show cause was delivered by December 22, 2025. A timely response to the notice to show cause was due by January 2, 2026. To date, the appellant has not paid the filing fee or a motion and affidavit to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s Abigail M. LeGrow*
Justice